IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*:  ANC RENTAL CORP., *et al.*  Debtors. | Chapter 11  Bankruptcy Case No. 01-11220 (MFW)  (Jointly Administered) |
| ANC RENTAL CORP., *et al.*,  Appellants,  v.  TARRANT COUNTY, *et al.*,  Appellees. | Civil Action No. 04-1428 (GMS) |
| ANC RENTAL CORP., *et al.*,  Appellants,  v.  COUNTY OF HARRIS, *et al.*,  Appellees. | Civil Action No. 04-1430 (GMS) |
| ANC RENTAL CORP., *et al.*,  Appellants,  v.  DALLAS COUNTY, *et al.*,  Appellees. | Civil Action No. 04-1464 (GMS) |

**<u>ORDER</u>**

WHEREAS, on December 21, 2004, the appellees filed a letter (D.I. 6) with the court

requesting to bypass mediation procedures in the above-cited cases;

WHEREAS, on December 23, 2004, the debtors/appellants filed a response (D.I. 7) opposing the appellees request;

WHEREAS, the United States District Court for the District of Delaware has a Standing Order, dated July 23, 2004, requiring "mandatory mediation of all [Bankruptcy Court] appeals"; and

WHEREAS, the appellees have not shown sufficient need to bypass the mediation requirement;

IT IS HEREBY ORDERED that:

1. The appellees' letter request to bypass mediation (D.I. 6) is DENIED.

Dated: April 29 , 2005                    /s/ Gregory M. Sleet
                                          UNITED STATES DISTRICT JUDGE