## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that the foregoing Stipulation was served on the counsel indicated below by first class United States mail, postage prepaid on this 4th day of May, 2005:

> Brian A. Sullivan, Esquire
> WERB & SULLIVAN
> 300 Delaware Avenue, 13th Floor
> P. O. Box 25046
> Wilmington, Delaware 19899
>
> Theodore J. Tacconelli, Esquire
> Ferry Joseph & Pierce
> 824 North Market Street, Suite 904
> P.O. Box 1351
> Wilmington, DE 19899

_____
JOSEPH GREY (ID 2358)

SL1 535308v1/11002.003