IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ANC RENTAL CORPORATION, et al.

| | |
|---|---|
| ANC RENTAL CORPORATION, et al., | |
| Appellant | Action No. 04-1464 |
| v. | |
| HARRIS COUNTY, ET AL. | Bankruptcy Case No. 01-11200 |
| Appellees. | |

### STIPULATION AND ORDER OF DISMISSAL

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), that this appeal be and hereby is dismissed with prejudice.

STEVENS & LEE, P.C.

By: _____
Joseph Gray (ID No. 2358)
Thomas G. Whalen, Jr. (ID No. 4345)
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
E-MAIL: jg@stevenslee.com
         tgw@stevenslee.com

Attorneys for Appellant the ANC
Liquidating Trust

FERRY, JOSEPH & PEARCE, PA

By: _____
Theodore J. Tacconelli (ID No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19801
TEL: (302) 575-1555
FAX: (302) 575-1714
E-MAIL: ttacconelli@ferryjoseph.com

Attorneys for Appellees Harris County,
City of Houston, Houston Independent
School District and Katy Independent
School District

SL1 554956v1/011002.00003

| WERB & SULLIVAN | THE ALDINE INDEPENDENT SCHOOL DISTRICT |
|---|---|
| By: /s/ _____ 12/29/05<br>Brian A. Sullivan (#2098)<br>Amy D. Brown (#4077)<br>300 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899<br>TEL: (302) 652-1100<br>FAX: (302) 652-1111<br>E-MAIL: bsullivan@werbsullivan.com<br>abrown@werbsullivan.com<br><br>Attorneys for Appellee<br>Harris County Appraisal District | By: /s/ Susan Fuertes<br>Jonathan C. Hantke<br>Texas Bar No. 08934900<br>Susan R. Fuertes<br>Texas State Bar No. 00790895<br>14910 Aldine-Westfield Road<br>Houston, Texas 77032<br>(281) 985-6319; Fax (281) 985-6321<br><br>Attorneys for Appellee Aldine Independent School District |

**SO ORDERED**, this _____ day of _____, 2005

_____
Clerk of the Court

- 2 -

SL1 554956v1/011002.00003