**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:  ANC RENTAL CORPORATION, et al.

| | |
|---|---|
| ANC RENTAL CORPORATION, et al., | |
| Appellant | Action No. 04-1464 |
| v. | |
| HARRIS COUNTY, ET AL. | Bankruptcy Case No. 01-11200 |
| Appellees. | |

## STIPULATION AND ORDER OF DISMISSAL

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), that this appeal be and hereby is dismissed with prejudice.

STEVENS & LEE, P.C.

By: _____
Joseph Gray (ID No. 2358)
Thomas G. Whalen, Jr. (ID No. 4346)
1105 North Market Street
Seventh Floor
Wilmington, DE 19801
TEL: (302) 654-5180
FAX: (302) 654-5181
E-MAIL: jg@stevenslee.com
tgw@stevenslee.com

Attorneys for Appellant the ANC
Liquidating Trust

FERRY, JOSEPH & PEARCE, PA

By: _____
Theodore J. Tacconelli (ID No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19801
TEL: (302) 575-1555
FAX: (302) 575-1714
E-MAIL: ttacconelli@ferryjoseph.com

Attorneys for Appellees Harris County,
City of Houston, Houston Independent
School District and Katy Independent
School District

SL1 554956v1/011002.00003

WERB & SULLIVAN

By: _____  10/28/05
Brian A. Sullivan (#2098)
Amy D. Brown (#4077)
300 Delaware Avenue, 10th Floor
Wilmington, DE 19899
TEL: (302) 652-1100
FAX: (302) 652-1111
E-MAIL: bsullivan@werbsullivan.com
         abrown@werbsullivan.com

Attorneys for Appellee
Harris County Appraisal District

THE ALDINE INDEPENDENT SCHOOL
DISTRICT

By: _____
Jonathan C. Hantke
Texas Bar No. 08934900
Susan R. Fuertes
Texas State Bar No. 00790895
14910 Aldine-Westfield Road
Houston, Texas 77032
(281) 985-6319; Fax (281) 985-6321

Attorneys for Appellee Aldine Independent
School District


SO ORDERED, this 12th day of _____ Jan _____, 2006

_____
Clerk of the Court    U.S. District Court Judge


**FILED**

**JAN 1 2 2006**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**


- 2 -

SLI 554955v1/81108 2.00003